**Edmund Robert MORRIS, Petitioner, v. G. W. HUMPHREY, Warden, Federal Correctional Institution, Sandstone, Minnesota.**

**No. 13689.**

Circuit Court of Appeals, Eighth Circuit.

Jan. 12, 1948.

Edmund Robert Morris, pro se.

PER CURIAM.

Petition to review order of United States District Court, District of Minnesota, denying application for writ of habeas corpus and motion to proceed in forma pauperis in said District Court denied in all respects, without prejudice however to an application to the trial Court which passed sentence upon petitioner for the remedy established by Rule 35 of the Federal Rules of Criminal Procedure, 18 U.S.C.A. following section 687.

**John Harry McGOUGH, Appellant, v. UNITED STATES of America, Appellee.**

**No. 10520.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 5, 1948.

Writ of Certiorari Denied May 24, 1948.

See 68 S.Ct. 1327.

Arthur L. Sutton, of Cincinnati, Ohio, for appellant.

William McClanahan, of Memphis, Tenn., for appellee.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This appeal from the order of the District Court, overruling appellant's motion that the Court vacate sentences imposed in the seven cases consolidated in this appeal, was considered by the Court on the record, briefs, and oral argument of respective counsel; and it appearing to the Court that the pronouncement of the sentences by the District Court in open court is, when considered in its entirety, clear, certain and definite, and does not contain the ambiguity claimed by the appellant, and that the record judgment entered in each case is in accord therewith; it is accordingly ordered that the order appealed from be and is hereby affirmed.

**R. W. STURGES, Sr., Trading under Firm Name and Style of STURGES CO., Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

**No. 12112.**

Circuit Court of Appeals, Fifth Circuit.

March 1, 1948.

E. L. Snow, of Meridian, Miss., and J. A. Cunningham, Jr., of Booneville, Miss., for petitioner.

Robert N. Denham, Gen. Counsel, National Labor Relations Board, Charles M. Brooks, Associate Gen. Counsel, National Labor Relations Board, and Abraham H. Maller, all of Washington, D. C., for respondent.

Before HUTCHESON, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The petition of R. W. Sturges, Sr., trading under the firm name and style of The Sturges Company, to set aside the order of the Board is denied, and the petition of the Board to enforce its order is granted.